IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONONOV VITALY, | No. 2:22-CV-1916-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. See ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

      The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

      IT IS SO ORDERED.

      Dated:  November 9, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE