UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY V. KONONOV,<br><br>            Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>            Defendants. | No.  2:22-cv-01916-DAD-DMC (PC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. Nos. 32, 36, 37) |

Plaintiff Vitaly V. Konokov is a county jail inmate proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' unopposed motion to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted be granted.  (Doc. No. 36.)  Specifically, the magistrate judge concluded that defendants' unopposed motion to dismiss plaintiff's second amended complaint (SAC) should be dismissed with prejudice because the facts alleged by plaintiff, including in the attachments to his SAC, even if proven were not sufficient to show a denial of life's necessities or a constitutional violation in connection with a single denial of time outside of his cell.  (*Id.* at 7.)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 8.)  On August 13, 2025, plaintiff filed objections to those findings and recommendations.  (Doc. No. 37.)  On August 27, 2025, defendants filed a reply to plaintiff's objections.  (Doc. No. 39.)  Plaintiff's brief objections (Doc. No. 37) are somewhat difficult to decipher but, in any event, fail to provide any basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 16, 2025 (Doc. No. 36) are adopted in full;

2. Defendants motion to dismiss (Doc. No. 32) is granted and plaintiff's complaint is dismissed with prejudice; and

3. The Clerk of the Court is directed to enter judgment and to close this case.

IT IS SO ORDERED.

Dated:  **February 14, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2